IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GLENCORE, LTD.,                                     )
                                                    )
        Plaintiff,                                  )
                                                    )
vs.                                                 )        CIVIL ACTION NO. 04-0754-P-B
                                                    )
GOLDEN STEVEDORING CO., INC., and                   )
ALABAMA STATE PORT AUTHORITY,                       )
                                                    )
        Defendants.                                 )

AMENDED RULE 16(b) SCHEDULING ORDER

Pending before this court is a Motion and Incorporated Memorandum to Continue Discovery

Deadline and Pre-trial Conference filed by plaintiff on December 14, 2005 (doc.45).  For cause, plaintiff

states that the impact of Hurricane Katrina and its aftermath forced the evacuation of New Orleans,

Louisiana, from August 29, 2005, through November 7, 2005, and has seriously impeded efforts to depose

witnesses and to attend to relevant legal matters.  Id.

        Plaintiff does not specify which particular deadlines need be extended, nor does plaintiff request a

time certain.  Plaintiff states that "[i]t is anticipated that the depositions which are necessary to prepare

this case for trial can be scheduled and taken within the next two months..."  Id.

        This court notes that the Discovery Completion Date was originally October 31, 2005, allowing

seven months for discovery, a month longer than this court generally allows (doc.25, item 2).  On

September 30, 2005, this court, at the parties' request, extended the Discovery Completion Date to

December 30, 2005 (doc.41, item 2).  The Pretrial Conference is scheduled to be conducted on January

23, 2005 (doc.44).

        After consideration thereof, and in light of the time for discovery which has already been

afforded, this court finds that the request somewhat extreme.  However, for good cause shown, the

Motion is hereby GRANTED.

Accordingly, it is ORDERED that this court's Rule 16(b) Scheduling Order (doc.25, as amended

by docs. 33, 35, and 41), be and is hereby AMENDED as follows:

2.  <u>DISCOVERY COMPLETION DATE</u>.  All discovery is to be completed on or before March 1, 2006.  **Requests for extension will be viewed with great disfavor and will not be considered except upon a showing (1) that extraordinary circumstances required it <u>and</u> (2) that the parties have diligently pursued discovery.**

For all actions, "completed" means that all depositions have been taken; interrogatories, requests for admission, and requests for production filed and responded to; physical inspections and testing concluded; physical and mental examinations concluded; and any motion to compel filed.

4.  <u>EXPERT TESTIMONY</u>. Disclosure requirements under Fed.R.Civ.P. 26(a)(2)(B) shall apply to **ALL** experts, whether retained or otherwise.  Disclosure of expert testimony is to be made by the plaintiff on or before January 25, 2006, and by the defendant on or before February 8, 2006, **<u>with a copy to the court</u>**.

5.  <u>SUPPLEMENTATION</u>.  Supplementation of disclosures and responses as required by Fed.R.Civ.P. 26(e) is to be accomplished "at appropriate intervals" and "seasonally."  In addition, by plaintiff and by defendant on or before March 15, 2006.

**NO SUPPLEMENTATION OF EXPERT REPORTS ALLOWED.**

8.  <u>DISPOSITIVE MOTIONS CUT-OFF DATE</u>. All potentially dispositive motions should be filed on or before March 15, 2006.  (See paragraph 12.)

9.  <u>WITNESSES</u>. The disclosure of witnesses, to the court and opposing counsel, as required by **Fed.R.Civ.P.** 26(a)(3)(A) and (B), must be accomplished as soon as known, and for others disclosed by discovery, as soon as known but not later than March 15, 2006, this includes witnesses to be used for impeachment or rebuttal which can be reasonably anticipated, save and except experts. This is supplemental to Rule 26(a)(1)(3)(A). TO BE HAND DELIVERED

Exhibit lists including demonstrative evidence such as diagrams, charts, etc., used in opening statements but not offered as evidence, are to be filed with the court and opposing counsel on or before March 15, 2006.

Objections should be filed with the court and opposing counsel on or before March 29, 2006.

All other aspects of this court's Rule 16(b) Scheduling Order (doc.25, as amended by docs. 33, 35, and

41), remain in effect.

The Pretrial Conference scheduled for January 23, 2006, is hereby CONTINUED to be rescheduled at a later date.  The parties will be notified.

***THE PARTIES ARE HEREBY FOREWARNED THAT NO FURTHER DISCOVERY EXTENSIONS WILL BE GRANTED, SAVE AND EXCEPT UPON A SHOWING OF EXIGENT CIRCUMSTANCES.***

DONE the 15th day of December, 2005.


　　　　　S/Virgil Pittman　　　　　　　　　　　　　　　
SENIOR UNITED STATES DISTRICT JUDGE